# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ADULHAKIM HABIBULLAH,

    Plaintiff,

v.

LAS VEGAS POLICE DEPARTMENT,

    Defendant.

Case No. 2:18-cv-01235-JAD-CWH

**REPORT AND RECOMMENDATION**

    On April 11, 2018, the court entered an order dismissing plaintiff's complaint with leave to amend. (Order (ECF No. 3).) Plaintiff was ordered to file an amended complaint within 30 days of the court's order. (*Id.*) To date, plaintiff has not filed an amended complaint. Thus, it appears plaintiff has abandoned this case.

    IT IS THEREFORE RECOMMENDED that plaintiff's case be DISMISSED without prejudice.

## NOTICE

    This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 23, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE