# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Adulhakim Habibullah,

     Plaintiff

v.

Las Vegas Police Department,

    Defendant

Case No. 2:18-cv-01235-JAD-CWH

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 5]

    On April 11, 2018, the court dismissed plaintiff Adulhakim Habibullah's claims and gave him 30 days to file an amended complaint.[1]  He was warned that his "[f]ailure to file an amended complaint w[ould] result in a recommendation that this case be dismissed."[2]  Habibullah filed nothing, and the magistrate judge recommends that I dismiss this case.[3]  The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

    IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 5] is ADOPTED** in full;

---

[1] ECF No. 3.

[2] *Id*. at 4.

[3] ECF No. 5.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT this case is dismissed. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: August 9, 2019

_____  _____
U.S. District Judge Jennifer A. Dorsey